USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

WILLIAN MOTA PACHECO,

                              Plaintiff,

            -against-

FEDERAL EXPRESS CORPORATION, *et al.,*

                        Defendants.

-------------------------------------------------------------- X

1:25-cv-1098-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on February 9, 2026. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later February 23, 2026. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

        SO ORDERED.

Dated: February 10, 2026
        New York, New York

_____
GREGORY H. WOODS
United States District Judge