UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

:

WILLIAM MOTA PACHECO.,                       :

:

              Plaintiff,       :

:

      -v-                                 :

:

FEDERAL EXPRESS CORPORATION,                 :

:

           Defendant.       :

:

------------------------------------------------------------------ X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/2/2026

1:26-cv-1098-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on April 2, 2026, Plaintiff's motion to remand is GRANTED. The Clerk of Court is directed to close all pending motions and to remand this case to New York State Supreme Court in Bronx County without delay.

      SO ORDERED.

Dated:  April 2, 2026
      New York, New York

                                          GREGORY H. WOODS
                                    United States District Judge